CO-386
10/2018

# United States District Court
# For the District of Columbia

Do No Harm )
)
)
)
Plaintiff )                    Civil Action No.___1:26-cv-01062_____
)
vs )
)
Department of Health and Human )
Services et al. )
)
)
Defendant )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Do No Harm_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Do No Harm_____ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Cameron T. Norris*
_____
Signature

VA Bar. No 91624
_____          Cameron T. Norris
BAR IDENTIFICATION NO.                    _____
Print Name

1600 Wilson Blvd., Suite 700_____
Address

Arlington VA 22209_____
City            State            Zip Code

(703) 243-9423_____
Phone Number