AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| Do No Harm | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:26-cv-01062 |
| | ) | |
| Department of Health and Human Services et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Pam Bondi
United States Attorney General
950 Pennsylvania Avenue
Washington, D.C. 20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cameron T. Norris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  _____03/31/2026_____          /s/ Hannah Norton
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-01062

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



English    Locations    Support    Informed Delivery    Register / Sign In

# USPS.COM®

| Quick Tools | Send | Receive | Shop | Business | International | Help |

## USPS Tracking®

Tracking    /    FAQs ›

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove ✕

**Tracking Number:**

## 9589071052703632051331

Copy    Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:37 am on April 8, 2026 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:
USPS Tracking Plus®

✓ **Delivered**

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
April 8, 2026, 4:37 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**    ⌄

Feedback

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pam Bondi

US Attorney General

950 Pennsylvania Avenue

Washington, DC 20530

9590 9402 9951 5335 5271 74

2. Article Number (Transfer from service label)

9589 0710 5270 3632 0513 31

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Evie Sasser_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)  APR 08 2026   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

UNINSPECTED 26

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**USPS TRACKING #**



9590 9402 9951 5335 5271 74

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Consovoy McCarthy PLLC
1600 Wilson Blvd, Ste 700
Arlington, VA 22209

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10