**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DO NO HARM,<br><br>                              *Plaintiff*,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>ROBERT FRANCIS KENNEDY, JR.,<br><br>UNITED STATES HEALTH RESOURCES AND SERVICES ADMINISTRATION,<br><br>THOMAS J. ENGELS,<br><br>                             *Defendants*. | Civil Action No. 1:26-cv-01062-LLA |

## DEFENDANTS' RESPONSE TO PAPA OLA LŌKAHI'S MOTION TO INTERVENE

On May 15, 2026, Papa Ola Lōkahi moved to intervene in this action. Dkt. 11. Defendants, by and through undersigned counsel, take no position on Papa Ola Lōkahi's pending motion to intervene in the above-captioned action.

Dated: May 29, 2026               Respectfully submitted,

                                           BRETT A. SHUMATE
                                           Assistant Attorney General
                                         Civil Division

                                           MICHELLE R. BENNETT
                                           Assistant Director
                                           Federal Programs Branch

2

/s/ John J. Halloran, Jr.
JOHN J. HALLORAN, JR.
D.C. Bar No. 454128
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3398
Fax: (202) 616-8460
Email: John.J.Halloran.Jr@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On May 29, 2026, I electronically submitted the foregoing document with the Clerk of Court for

the U.S. District Court for the District of Columbia, using the electronic case filing system of the Court.

*/s/ John J. Halloran, Jr.*
JOHN J. HALLORAN, JR.
Trial Attorney
United States Department of Justice