AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Do No Harm | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-01062 |
| Department of Health and Human Services et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Do No Harm                                                                                                 .

Date:      5/29/2026                                                   /s/ Frank H. Chang
                                                                                      *Attorney's signature*

                                                                      Frank H. Chang (D.C. Bar No. 1686578)
                                                                              *Printed name and bar number*
                                                          1600 Wilson Blvd., Suite 700, Arlington, VA 22209


                                                                                      *Address*

                                                                      frank@consovoymccarthy.com
                                                                              *E-mail address*

                                                                              (703) 243-9423
                                                                              *Telephone number*


                                                                              *FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|