AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Do No Harm | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26 cv 01062 LLA |
| U.S. Dep't of Health and Human Services, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Papa Ola Lōkahi                                                                                              .

Date:      06/02/2026                                      *Malia Gesuale*
                                                                              *Attorney's signature*

                                                                    Malia Gesuale (DDC Bar No. CO00137)
                                                                    *Printed name and bar number*

                                                                    250 Arapahoe Ave.
                                                                    Boulder CO, 80302

                                                                    *Address*

                                                                    gesuale@narf.org
                                                                    *E-mail address*

                                                                    (720) 647 9968
                                                                    *Telephone number*

                                                                    *FAX number*