AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
District of Hawaii

Do No Harm )
*Plaintiff* )
v. )    Case No.    1:26 cv 01062 LLA
U.S. Dept. of Health and Human Services, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Papa Ola Lōkahi,

Date:     06/05/2026

Sharla A. Manley
*Attorney's signature*

Sharla A. Manley (8868)
*Printed name and bar number*
1164 Bishop Street, Suite 1205
Honolulu, Hawai'i 96813

*Address*

sharla.manley@nhlchi.org
*E-mail address*

(808) 521 2302
*Telephone number*

*FAX number*