AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Do No Harm | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    1:26 cv 01062 LLA |
| US Dep't of Health and Human Services, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Papa Ola Lōkahi                                                                                      .

Date:    06/25/2026

*Attorney's signature*

Makalika Naholowaa (HI Bar. No. 011695)
*Printed name and bar number*

Native Hawaiian Legal Corporation
1164 Bishop Street, Suite 1205
Honolulu, HI 96813

*Address*

makalika@nhlchi.org
*E-mail address*

(808) 521 2302
*Telephone number*

*FAX number*