**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DO NO HARM,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*,<br>Defendants,<br><br>and<br><br>PAPA OLA LŌKAHI,<br>Intervenor-Defendant. | Case No. 1:26-cv-01062-LLA |

**PAPA OLA LŌKAHI'S MOTION FOR AN EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO TRANSFER**

Intervenor-Defendant Papa Ola Lōkahi respectfully moves this Court for a seven-day extension of time to file its reply in support of its motion to transfer, up to and including November 3, 2026. Good cause exists to grant this motion.

1. On July 14, 2026, Papa Ola Lōkahi filed its motion to transfer this case to the United States District Court for the District of Hawaiʻi. Dkt. No. 32. Simultaneously, Papa Ola Lōkahi filed a motion to stay all proceedings and deadlines until the Court resolved its motion to transfer. Dkt. No. 33.

2. On July 21, 2026, Defendants U.S. Department of Health and Human Services, Robert F. Kennedy, Jr., U.S. Health Resources and Services Administration, and Thomas J. Engles moved this Court for a thirty-day extension to respond to Papa Ola Lōkahi's motion to transfer. Dkt. No. 35. Papa Ola Lōkahi did not oppose this motion, provided the motion sought an extension for Papa Ola Lōkahi to file its reply fourteen days after responses were filed. *Id*.

3. The Court granted the extension. Minute Order (July 22, 2026). Responses were due on or before August 27, 2026, and Papa Ola Lōkahi's reply was due on or before September 10, 2026. *Id*. The Court also suspended all other deadlines and dismissed Papa Ola Lōkahi's motion to stay as moot. *Id*.

4. On August 17, 2026, Defendants moved this Court for another forty-five-day extension. Dkt. No. 37. Papa Ola Lōkahi did not oppose this motion. *Id*.

5. That same day, the Court granted the extension. Minute Order (Aug. 17, 2026). Currently, responses are due on October 13, 2026, and Papa Ola Lōkahi's reply is due on October 27, 2026.

7. Plaintiff Do No Harm filed its response on October 8, 2026. Dkt. No. 38. Defendants have not yet filed their response.

6. Since these deadlines were set, undersigned counsel has had unanticipated travel and briefing deadlines scheduled in between the current deadlines for the responses and reply on Papa Ola Lōkahi's motion to transfer. A brief, seven-day extension is therefore necessary to accommodate these scheduling conflicts.

7. This extension should not prejudice the parties or the Court. Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for Plaintiff Do No Harm and counsel for Defendants, who both represent that their clients do not oppose this motion.

Accordingly, good cause exists to grant Papa Ola Lōkahi a seven-day extension to file its reply in support of its motion to transfer, up to and including November 3, 2026.

RESPECTFULLY SUBMITTED this 12th day of October, 2026.

*/s/ Wesley James Furlong*
Wesley James Furlong (DDC Bar No. AK0003)
NATIVE AMERICAN RIGHTS FUND

Elliott A. Milhollin (DC Bar No. 474322)
Gregory A. Smith* (DC Bar No. 413071)

420 L Street, Suite 310
Anchorage, AK 99501
Tel. (907) 276-0680
wfurlong@narf.org

Morgan E. Saunders (DC Bar No. 1686106)
NATIVE AMERICAN RIGHTS FUND
950 F Street Northwest, Suite 1050
Washington, DC 20004
Tel. (202) 785-4166
saunders@narf.org

Matthew L. Campbell (DDC Bar No. CO0060)
Malia Gesuale (DDC Bar No. CO00137)
NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Avenue
Boulder, CO 80302
Tel. (303) 447-8760
campbell@narf.org
gesuale@narf.org

Olga Symeonoglou* (DC Bar No. 888273449)
Claire M. Newfeld* (DC Bar No. 90019010)
HOBBS STRAUS DEAN & WALKER, LLP
1899 L Street Northwest, Suite 1200
Washington, DC 20036
Tel. (202) 822-8282
emilhollin@hobbsstraus.com
gsmith@hobbsstraus.com
osymeonoglou@hobbsstraus.com
cnewfeld@hobbsstraus.com

Makalika D. Naholowaa* (HI Bar No. 011695)
Sharla Manley* (HI Bar No. 008868)
NATIVE HAWAIIAN LEGAL CORPORATION
1164 Bishop Street, Suite 1205
Honolulu, HI 96813
Tel. (808) 521-2302
makalika@nhlchi.org
sharla.manley@nhlchi.org

*admitted *pro hac vice*

*Counsel for Intervenor-Defendant Papa Ola Lōkahi*