**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DO NO HARM,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*,<br>Defendants,<br><br>and<br><br>PAPA OLA LŌKAHI,<br>Intervenor-Defendant. | No. 1:26-cv-01062-LLA |

**[PROPOSED] ORDER**

Before the Court is Intervenor-Defendant Papa Ola Lōkahi's Motion for an Extension of Time to File its Reply in Support of its Motion to Transfer, up to and including November 3, 2026. Finding good cause,

**IT IS HEREBY ORDERED** that Papa Ola Lōkahi's Motion for an Extension of Time to File its Rely in Support of its Motion to Transfer is GRANTED.

Papa Ola Lōkahi may file its reply in support of its motion to transfer on or before November 3, 2026.

DATED this _____ day of ____________________, 2026

______________________________
Hon. Loren L. AliKhan, District Judge
UNITED STATES DISTRICT COURT